**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STROH PROPERTIES, INC.,

      Plaintiff,                                CASE NO. 12-13219
                                                          HON. LAWRENCE P. ZATKOFF

v.

THE CITY OF DETROIT,
EGRO-STROH PROPERTIES LLC, and
KAP'S WHOLESALE FOOD SERVICE, INC.,

      Defendants.
_____/

**ORDER**

AT A SESSION of said Court, held in the
United States Courthouse, in the City of Port Huron,
State of Michigan, on the 31st day of May, 2013

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

On March 19, 2013, the Court issued an Opinion and Order (Docket #23) that stayed discovery as of April 19, 2013, until further order of this Court, pending the filing of amended pleadings by the parties. Plaintiff has since filed a Second Amended Complaint and the Defendants have filed Answers and Affirmative Defenses to the same.

The Court, having reviewed the amended pleadings filed by the parties, finds that reopening the discovery period would be helpful to the resolution of this matter. Accordingly, the Court ORDERS new scheduling deadlines for this case, extending the current dates as follows to make up for the period discovery was stayed:

| Scheduling Order Entry | Old Scheduling Order Date | New Date |
|---|---|---|
| Trial Witness List Exchange | June 4, 2013 | July 3, 2013 |
| Discovery Cutoff | June 18, 2013 | July 18, 2013 |
| Dispositive Motion Filing Deadline | July 9, 2013 | August 9, 2013 |
| Deadline to File Motions *in Limine* and purge depositions | November 7, 2013 | December 5, 2013 |
| Final Pretrial/Settlement Conference | November 7, 2013 | December 5, 2013, 10:30 a.m. |
| Non-Jury Trial | December 2013 | January 2014 |

The Court also notes that Plaintiff's motion for summary judgment remains outstanding. The Court therefore ORDERS the parties to advise the Court, in writing within ten days of this Order, whether, in light of all developments in this case, Plaintiff's motion for summary judgment should be decided at this time or whether the Court's consideration of such motion should be delayed until such time as discovery is complete.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff<br>
LAWRENCE P. ZATKOFF<br>
UNITED STATES DISTRICT JUDGE

Dated: May 31, 2013